468 A.2d 840

Commonwealth v. Walton, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1984.

Submitted April 19, 1983. Jimmie Moore, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

594

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.